No. 85–782. IMMIGRATION AND NATURALIZATION SERVICE v. CARDOZA-FONSECA. C. A. 9th Cir. [Certiorari granted, 475 U. S. 1009.] Motion of the Solicitor General for leave to file a supplemental brief after argument granted.

No. 85–1626. GOODMAN ET AL. v. LUKENS STEEL CO. ET AL. C. A. 3d Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 85–1645. LUKENS STEEL CO. v. UNITED POLITICAL AC-TION COMMITTEE ET AL. C. A. 3d Cir. Motion of the parties to defer consideration of the petition for writ of certiorari granted.

No. 86–71. CTS CORP. v. DYNAMICS CORPORATION OF AMER-ICA; and

No. 86–97. INDIANA v. DYNAMICS CORPORATION OF AMERICA. C. A. 7th Cir. [Probable jurisdiction noted, ante, p. 810.] Mo-tion of appellants to dispense with printing the joint appendix granted.

No. 86–87. UNITED STATES v. SALERNO ET AL. C. A. 2d Cir. [Certiorari granted, ante, p. 929.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–104. BOARD OF AIRPORT COMMISSIONERS OF THE CITY OF LOS ANGELES ET AL. v. JEWS FOR JESUS, INC., ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 812.] Motion of Andrew J. Ekonomou, Esquire, to permit Jay Alan Sekulow to present oral argument pro hac vice granted.